In the Matter of the Application of the UTICA AND MOHAWK VALLEY RAILWAY COMPANY, Appellant, *v.* FRANK SPOHN et al., Respondents.

*Mattter of Utica & M. V. Ry. Co.* v. *Spohn*, 105 App. Div. 627, affirmed. (Submitted February 27, 1906; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 26, 1905, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*William Kernan* and *Charles D. Thomas* for appellant.

*P. C. J. De Angelis* and *William J. Gardinier* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW BROWN, Appellant, *v.* FRANCIS V. GREENE, as Commissioner of Police of the City of New York, Respondent.

*People ex rel. Brown* v. *Greene*, 106 App. Div. 230, affirmed. (Argued February 27, 1903; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 8, 1905, which confirmed the determination of the defendant in dismissing the relator from the police force of the city of New York.

*J. Newton Fiero, Louis J. Hamel* and *Samuel J. Rawak* for appellant.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.